# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENDRA THOMSON,<br><br>        Plaintiff,<br><br>vs.<br><br>WEST CORPORATION,<br><br>        Defendant. | 8:15CV242<br><br>ORDER |

Upon notice of settlement given to the magistrate judge on November 16, 2015, by Raymond R. Aranza, counsel for the plaintiff,

**IT IS ORDERED that**:

1. On or before **December 4, 2015**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The previously scheduled planning conference is cancelled upon the representation this case is settled.

Dated this 16th day of November, 2015.

                                            BY THE COURT:

                                            s/ Thomas D. Thalken
                                            United States Magistrate Judge