IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KENDRA THOMSON, | ) | Case No. 8:15-CV-00242 |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| WEST CORPORATION, | ) | |
| Defendant, | ) | |

Pursuant to Plaintiffs' motion (Filing No. 23) and Fed.R.Civ.P. 41(a),

IT IS ORDERED that this action is dismissed, with each party to pay their own costs.

DATED this 29th day of December, 2015.

BY THE COURT:

s/Joseph F. Bataillon
Senior United States District Judge